AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

United States Courts
Southern District of Texas
**FILED**
JAN 23 2023
Nathan Ochsner, Clerk of Court

A# 220458207

Juan Antonio Vasquez Cortez
*Petitioner*

1) Merrick Galanland V.S Attorney general
2) Mathew Barker Field v. office director for detention and removal process
3) Alexander Mayorkas, Secretary of the U.S.D.HS
4) Tae D. Johnson acting Director of U.S. ICE

*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. _____
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Juan Antonio Vasquez Cortez
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Montgomery Processing Center
   (b) Address: 806 Hilbig Rd. Conroe, TX 77301
   (c) Your identification number: A# 220458207

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain:
   Immigration Detention Center, Federal

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other (explain): Detention in violation of the statute and regulation, Substantive Due process violation - Due process Clause of the fifth Amendment. Being Held/Illegaly Detained by Immigration

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _Illegal Detainment Detension in violation of the statute and regulation, and substantive "Due process violation"_
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes  ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _N/A_
       (2) Date of filing: _N/A_
       (3) Docket number, case number, or opinion number: _N/A_
       (4) Result: _____
       (5) Date of result: _N/A_
       (6) Issues raised: _N/A_

   (b) If you answered "No," explain why you did not appeal: _This is my first time filling a writ of Hebeas Corpus, Their is nothing to appeal._

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes  ☑ No

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Detention in violation of the statute and regulation Section 241 of the Immigration and nationality Act permits the detention for the goverment to effect a final order of removal for the period of 90 days Beyound the statutory period of the supreme court has held 6

(a) Supporting facts (Be brief. Do not cite cases or law.): months Zadvyas vs Daviz 533 V.S 678 (200
1) Petitioner was taken into custody by I.C.E on 9th day of June 2022 and has been in custody of ICE for more than six months since his removal order became final 2) Petitioner has co-operated fully with all effort by ICE to remove the provide Identity document, has provided necessary biography information cumplied with ICE demand Unable to remove

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** ICE detained petitioner for more than six months, since the issue of the Final order of removal, there no likelihood that petitioner will be removed from the United States continued detention is not authorized by 8 v.s.c (a)(6) and because of 8 C.F.R 241.14 can't

(a) Supporting facts (Be brief. Do not cite cases or law.): operate beyond the purpose.
Petitioners 180 days custody review by (H.Q.P.D.U) the department of homeland security in washington D.C was concluded 15th day of November 2022 at wich point petitioner release from custody was denied. IF released petitioner will reside at 1233 60th Ave Oakland California (phone #(510)-485-2751 / (510)-978-8672 Yesica Rosibel urquilla De vasquez

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** Substantive due process violation, the fifth amendment prohibits the goverment from subjecting person to preventative detention No person shall be deprived of life, liberty or property See Zadvydas V. Davis 533 U.S 678, 693 (201) v.s Const. Amend V. Freedom from Imprisonment

(a) Supporting facts (Be brief. Do not cite cases or law.): From goverment.
7) The allegations set forth 1-7 as though set forthfully here.
8) There is no significant likelihood that petitioner removal will occur in the reasonably forseeable future. As petitioner is not dangerous, Not a flight risk, and cannot be removed if not qualified Justice overall due process See Zadvydas, 533 U.S a 690-

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Petitioner procedural due process violation See Plyes, 451 U.S at 210

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
According to the petitioner fundamental Intrest the believed procedural process is not behalf of more than Tnelawfully sentences in detention facilities (more than six months)

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

## Request for Relief

15. State exactly what you want the court to do: Issue as order: -"A"- declaring that Petitioner continued detention is not authorized by the I.N.A /or violate the fifth amendment. "B" Granting this petition for a writ of "Hebeas corpus" and releasing petitioner under anc order of sopervision; "C" grant any other and further relief this court may deem appropriate.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____   J.A.V.C.Z
                                 _____
                                 *Signature of Petitioner*

                                 _____
                                 *Signature of Attorney or other authorized person, if any*

Page 9 of 9



Montgomery Processing Center
Juan Antonio Vasquez Cortez
A#220458207
806 Hilbig Road
Conroe, TX 77301

To: Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston Texas 77208

NORTH HOUSTON TX 773
19 JAN 2023 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.81
01/19/2023 ZIP 77301
043M31232834

United States Courts
Southern District of Texas
FILED
JAN 23 2023
Nathan Ochsner, Clerk of Court

This mail is correspondence
From an NPC detainee

77208-101010