IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN VASQUEZ-CORTES, a/k/a JUAN ANTONIO VASQUEZ CORTEZ, a/k/a JUAN ANTONIO VASQUEZ-CORTEZ, #A-220458207,<br><br>*Petitioner*,<br><br>v.<br><br>WARDEN RANDY TATE, *et al.*,<br><br>*Respondents*. | Civil Action No. H-23-0276 |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this case is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 25th day of August, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE